UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAR-FRESHNER CORPORATION and JULIUS SÄMANN LTD.,

        Plaintiffs,

v.

SUBARU OF AMERICA, INC., STAPLES, INC., STAPLES CONTRACT & COMMERCIAL LLC, and DESIGN RESOURCES, INC. d/b/a CAPS DIRECT,

        Defendants.

NOTICE OF DISMISSAL WITH PREJUDICE

Civil Action No. 5:21-cv-00838-MAD-ML

---

PLEASE TAKE NOTICE that the above-entitled action is hereby dismissed with prejudice. Said dismissal is filed pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), since defendants have not filed an answer or a motion for summary judgment.

Dated: October 4, 2021

BOND, SCHOENECK & KING, PLLC

By: /s/ Liza R. Magley
    Louis Orbach (507815)
    Liza R. Magley (519849)
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Email: lorbach@bsk.com
Email: lmagley@bsk.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED:

/s/ Mae A. D'Agostino
Mae A. D'Agostino
U.S. District Judge

Dated: October 5, 2021
      Albany, NY

12794220.1